1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   De Oniecia Kaufman
6

7
                    **UNITED STATES DISTRICT COURT**
8                   **CENTRAL DISTRICT OF CALIFORNIA**
                         **WESTERN DIVISION**
9

10

11 | LAWRENCE D. ROHLFING,                ) Case No.: 2:16-cv-00344-AGR
                                          )
12 |                                      ) ORDER OF DISMISSAL
            Plaintiff,                    )
13 |                                      )
        vs.                               )
14 | CAROLYN W. COLVIN, Acting            )
     Commissioner of Social Security,     )
15 |                                      )
                                          )
16 |        Defendant.                    )
                                          )
17 |_____)

18
           The above captioned matter is dismissed with prejudice, each party to bear
19
   its own fees, costs, and expenses.
20
           IT IS SO ORDERED.
21

22 DATE:  May 4, 2016

23                                        _____
                                          THE HONORABLE ALICIA G. ROSENBERG
24                                        UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1 | DATE: May 4, 2016

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Lawrence D. Rohlfing*
_____
Lawrence D. Rohlfing
Attorney for plaintiff

-2-

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:16-CV-00344-AGR**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on May 4, 2016.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Lawrence D. Rohlfing*

_____
Lawrence D. Rohlfing
Attorneys for Plaintiff
_____